# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.K.B., etc., <br><br> Plaintiff, <br><br> v. <br><br> Dick's Sporting Goods, Inc., et al., <br><br> Defendant(s). | SACV 18-01611 JVS (KESx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: January 9, 2019

_____
James V. Selna
United States District Judge